**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: PILOT FLYING J REBATE CONTRACT LITIGATION (No. II) | MDL DOCKET NO: 2515 |

**ATTACHMENT TO PILOT TRAVEL CENTERS LLC'S
CORPORATE DISCLOSURE STATEMENT**

**Case Captions:**

1) *Wright Transportation, Inc. v. Pilot Corp. et al.*, S.D. Ala., 1:13-cv-00352

2) *Mario's Express Service, Inc. v. Pilot Corp. et al.*, D.N.J., 2:13-cv-05398

3) *National Retail Transportation, Inc. et al. v. Pilot Corp. et al.*, D.N.J., 2:13-cv-04798

4) *FST Express, Inc. et al. v. Pilot Corp.*, S.D. Ohio, 2:13-cv-01005

5) *Osborn Transportation, Inc. v. Pilot Corp. et al.*, N.D. Ala., 4:13-cv-00897

6) *Shoreline Transportation of Ala. USA, Inc. v. Pilot Corp. et al.*, M.D. Ala., 2:13-cv-00362

7) *Triple D Supply, LLC, et al. v. Pilot Corp. et al.*, D.N.M. 2:13-cv-00655