**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: PILOT FLYING J REBATE LITIGATION | MDL DOCKET NO: 2515 |

## CERTIFICATE OF SERVICE

I, Glenn M. Kurtz, hereby certify that on this 19th day of December, 2013, I electronically filed the Corporate Disclosure form on behalf of Pilot Travel Centers LLC d/b/a Pilot Flying J, along with the accompanying attachment, through the CM/ECF system and I caused the same to be served via U.S. First Class Mail, upon counsel and parties listed below:

| | |
|---|---|
| Steven M. Tunstall<br>STEPHEN M. TUNSTALL, P.C.<br>P.O. Box 152<br>Mobile, AL 36601<br>(251) 432-2221 (Tel)<br>(251) (432-2218 (Fax)<br>stephentunstall@yahoo.com<br>*Attorney for Wright Transportation, Inc. (1:13-cv-00352)* | Timothy K. Saia<br>MORGAN, MELHUISH, ABRUTYN<br>651 West Mount Pleasant Ave.<br>Suite 200<br>Livingston, NJ 07039<br>(973) 994-2500<br>tsaia@morganlawfirm.com<br>*Attorney for Mario's Express Service, Inc. (2:13-cv-05398), National Retail Transportation, Inc., Keystone Freight Corp. (2:13-cv-04798)* |
| Shawn J. Organ<br>Douglas R. Cole<br>ORGAN COLE + STOCK, LLP<br>1335 Dublin Road<br>Suite 104D<br>Columbus, OH 43215<br>(614) 481-0900 (Tel)<br>(614) 481-0904 (Fax)<br>sjorgan@ocslawfirm.com<br>drcole@osclawfirm.com<br>*Attorneys for FST Express, Inc., J.F. Freight Company, Inc. (2:13-cv-01005)* | F. Michael Haney<br>INZER HANEY MCWHORTER & HANEY LLC<br>P.O. Drawer 287<br>Gadsden, AL 35902-0287<br>(256) 546-1615 (Tel)<br>(254) 546-1093 (Fax)<br>mikehaney@bellsouth.net<br>*Attorney for Osborn Transportation, Inc. (4:13-cv-00897)* |

| | |
|---|---|
| Jeffrey C. Kirby<br>William T. Johnson, III<br>KIRBY JOHNSON, PC<br>One Independence Plaza Drive<br>Suite 520<br>Birmingham, AL 35209<br>(205) 458-3553 (Tel)<br>(205) 458-3589 (Fax)<br>jkirby@kirbyjohnsonlaw.com<br>bjohnson@kirbyjohnsonlaw.com<br>*Attorneys for Osborn Transportation, Inc. (4:13-cv-00897)* | Matthew P. Skelton<br>INZER HANEY MCWHORTER & HANEY LLC<br>235 Broad Street<br>Gadsden, AL 35901<br>(256) 546-1615 (Tel)<br>(254) 546-1093 (Fax)<br>Mattskelton23@gmail.com<br>*Attorney for Osborn Transportation, Inc. (4:13-cv-00897)* |
| Jeffrey E. Friedman<br>FRIEDMAN LEAK DAZZIO ZULANAS & BOWLING PC<br>P.O. Box 43219<br>Birmingham, AL 35243-3219<br>(205) 278-7000 (Tel)<br>(205) 278-7001 (Fax)<br>jfriedman@friedman-lawyers.com<br>*Attorney for Shoreline Transportation of Alabama, USA, Inc. (2:13-cv-00362)* | John Michael Bowling<br>Matthew Conn<br>FRIEDMAN LEAK DAZZIO ZULANAS & BOWLING PC<br>3800 Corporate Woods Drive<br>Birmingham, AL 35242<br>(205) 278-7000 (Tel)<br>(205) 278-7001 (Fax)<br>mbowling@friedman-lawyers.com<br>mconn@friedman-lawyers.com<br>*Attorney for Shoreline Transportation of Alabama, USA, Inc. (2:13-cv-00362)* |
| Roger E. Yarbro<br>YARBRO & ASSOCIATES<br>P.O. Box 480<br>Cloudcroft, NM 88317-0480<br>(575) 682-3614 (Tel)<br>(575) 682-3642 (Fax)<br>yarbrocc@tularosa.net<br>*Attorney for Triple D Supply, LLC and Don Doak (2:13-cv-00655)* | Stephen D. Brody<br>O'MELVENY & MYERS LLP<br>1625 Eye Street N.W.<br>Washington, DC 20006<br>(202) 383-5167 (Tel)<br>sbrody@omm.com<br>*Attorney for James A. Haslam, III (1:13-cv-00352, 2:13-cv-04798)* |
| Martin G. Durkin, Jr.<br>HOLLAND & KNIGHT LLP<br>131 S. Dearborn St., 30th Floor<br>Chicago, IL 60603<br>(312) 263-3600 (Tel)<br>(312) 578-6666 (Fax)<br>Martin.durkin@hklaw.com<br>*Attorney for John Freeman and Brian Mosher (1:13-cv-00352, 2:13-cv-04798)* | Gordon Ball<br>7001 Old Kent Drive<br>Knoxville, TN 37919<br>(865) 525-7028 (Tel)<br>(865) 525-4679 (Fax)<br>gball@gordonball.com<br>*Attorney for Mark Hazelwood (1:13-cv-00352, 2:13-cv-04798)* |

| | |
|---|---|
| Arnold Ralenkotter<br>Pilot Travel Centers, LLC d/b/a Pilot Flying J<br>5508 Lonas Dr.<br>Knoxville, TN 37909<br>*Defendant (2:13-cv-04798)* | Ashley Judd<br>Pilot Travel Centers, LLC d/b/a Pilot Flying J<br>5508 Lonas Dr.<br>Knoxville, TN 37909<br>*Defendant (2:13-cv-04798)* |
| Kevin Clark<br>Pilot Travel Centers, LLC d/b/a Pilot Flying J<br>5508 Lonas Dr.<br>Knoxville, TN 37909<br>*Defendant (2:13-cv-04798)* | James F. Logan, Jr.<br>LOGAN-THOMPSON, P.C.<br>30 2nd Street NW<br>Cleveland, TN 37311<br>(423) 716-6261 (Tel)<br>(423) 472-0211 (Fax)<br>*Attorney for Jay Stinnett (2:13-cv-04798)* |
| Holly Radford<br>Pilot Travel Centers, LLC d/b/a Pilot Flying J<br>5508 Lonas Dr.<br>Knoxville, TN 37909<br>*Defendant (2:13-cv-04798)* | |

Dated:  December 19th, 2013                             Respectfully submitted,


                                                        By:   ____*/s/ Glenn M. Kurtz*_____
                                                              Glenn M. Kurtz
                                                              **WHITE & CASE LLP**
                                                              1155 Avenue of the Americas
                                                              New York, NY 10036
                                                              Phone: 212.819.8200
                                                              Fax: 212.354.8113
                                                              gkurtz@whitecase.com

NEWYORK 9069031